CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 18 2006

JOHN F. CORCORAN, CLERK
BY:
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDRE SYLVESTER WATTS,<br>　　Plaintiff, | Civil Action No. 7:06CV00269 |
| v. | **FINAL ORDER** |
| TERRY O'BRIEN, et al.,<br>　　Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 18th day of May, 2006.

　　　　　　　　　　　　　　　　_/s/ Glen E. Conrad_
　　　　　　　　　　　　　　　　United States District Judge